

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-190-CV

AJIT JHANGIANI                                         APPELLANT

V.

BEVERLY MORNEAULT A/K/A                               APPELLEE
BEVERLY M. JHANGIANI

----------

## FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered Appellant s Motion To Dismiss Appeal. It is the court s opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  July 10, 2008

---

[1] *See* TEX. R. APP. P. 47.4.